No. 97–614. VACCARO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–642. MCGRAW, ATTORNEY GENERAL OF WEST VIRGINIA *v.* BETTER GOVERNMENT BUREAU, INC. C. A. 4th Cir. Certiorari denied.

No. 97–674. LIPIN *v.* AMERICAN NATIONAL RED CROSS ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–676. FORD *v.* LAWRENCE ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–681. ASHTON *v.* DEPARTMENT OF VETERANS AFFAIRS ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–682. SERAPION *v.* MARTINEZ ET AL. C. A. 1st Cir. Certiorari denied.

No. 97–687. WOOD, TRUSTEE OF THE WOOD FAMILY TRUST *v.* BAINBRIDGE, TRUSTEE, ELDEN W. BAINBRIDGE TRUST, JUNE 13, 1968, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–691. MICHAEL F., BY HIS NEXT FRIENDS AND PARENTS, BARRY F. ET UX. *v.* CYPRESS-FAIRBANKS INDEPENDENT SCHOOL DISTRICT. C. A. 5th Cir. Certiorari denied.

No. 97–693. SWEKEL, PERSONAL REPRESENTATIVE OF THE ESTATE OF SWEKEL, DECEASED *v.* HARRINGTON ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–701. HIGH RIDGE ASSN., INC. *v.* GREEN ET UX. Ct. App. Md. Certiorari denied.

No. 97–702. SEACOR MARINE, INC. *v.* CHEVRON U. S. A. INC. C. A. 5th Cir. Certiorari denied.

No. 97–707. HUARD *v.* O'CONNOR. C. A. 1st Cir. Certiorari denied.

No. 97–709. SMITH ET AL. *v.* GWINNETT COUNTY. Sup. Ct. Ga. Certiorari denied.